Filed 6/3/21  P. v. Hooper CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JACOB HOOPER,<br><br>    Defendant and Appellant. | 2d Crim. No. B307511<br>(Super. Ct. No. 2018029274)<br>(Ventura County) |

Jacob Hooper attempted to stab an acquaintance.  He pled guilty to attempted murder.  (Pen. Code, §§ 664, 187, subd. (a).)  The trial court sentenced him to the lower term of five years.  He filed a notice of appeal from the sentencing.

We appointed counsel to represent Hooper in this appeal.  After examining the record, he filed a brief raising no issues.

On April 6, 2021, we advised Hooper by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  On May 5, 2021, we received a letter in reply, but we have been unable to determine what issues he is attempting to raise.

We have reviewed the entire record and are satisfied that Hooper's attorney has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

GILBERT, P. J.

We concur:

PERREN, J.

TANGEMAN, J.

David M. Hirsch, Judge

Superior Court County of Ventura

————————————————

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.